**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-22770-DPG**

TYREE JACKSON,

     **Plaintiff,**

v.

CARNIVAL CORPORATION,

     **Defendant.**

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on Defendant Carnival Corporation's ("Defendant") Motion for Summary Judgment. ("Motion"). [ECF No. 90]. On January 6, 2026, the Court referred the case to Magistrate Judge Lisette Reid for a ruling on all pretrial non-dispositive matters and a Report and Recommendation on all dispositive matters. [ECF No. 83]. On February 24, 2026, Judge Reid issued her report, recommending that the Motion be denied. [ECF No. 142]. Defendant timely objected to Judge Reid's Report and Recommendation. [ECF No. 163].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge

Reid's well-reasoned analysis and conclusions that the Motion be denied.

## **CONCLUSION**

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 142], is **ADOPTED** in full.

(2) Defendant Carnival Corporation's Motion for Summary Judgment, [ECF No. 90],

is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of March, 2026.

               
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE