**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-cv-22770 -DPG**

**TYREE JACKSON, as**
**father and natural**
**guardian of minor T. J.,**

    **Plaintiff,**

**v.**

**CARNIVAL CORPORATION**
**d/b/a CARNIVAL CRUISE LINE,**

    **Defendant**.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Unopposed Motion for Leave to Allow Electronic Equipment into Trial Courtroom (the "Motion"). [ECF No. 128]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1.    The Motion is **GRANTED**.

2.    This Case is specially set for jury trial, beginning on Monday, August 31, 2026, and continuing through September 11, 2026, in the Miami Division before Judge Darrin P. Gayles at the Wilkie D. Ferguson, Jr., U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida. [ECF No. 174].

3.    Plaintiff is permitted to bring the following electronic equipment into the courtroom throughout the duration of the trial:

    a.  AV Cart;

    b.  40" LCD Monitor;

    c.   DVD/VHS Playback Deck;

    d.   12" and 19" Auxiliary LCD Monitors;

    e.   Auxiliary speaker;

    f.   Three laptops and external hard drive;

    g.   Multimedia Projector;

    h.   Two iPads;

    i.   One portable printer;

    j.   AV distribution amps;

    k.   Miscellaneous power strips, extensions, AV cables, switchbox, and remotes;

    l.   Headphones; and

    m.  Cellular telephones.

4.      Plaintiff's technicians from Legal-eze (Keith Brett, Dan Smith, Danny Legra, Jonathan Chang, Alan Rubiano and/or Jeff Telofski) are permitted to bring the following electronic equipment into the courtroom throughout the duration of the trial:

    a.   Two technician laptops;

    b.   One AV matrix;

    c.   One 17-inch LCD monitor;

    d.   One amplified speaker;

    e.   One portable printer;

    f.   Miscellaneous extension cords and audiovisual cables;

    g.   Gaffers tape; and

    h.   Cellular telephones.

3

5.     Plaintiff's legal assistants (Dawn Wilkenson and Maria Raudales) are permitted  to

bring the following electronic equipment into the courtroom throughout the duration of the trial:

    a.   Two laptops; and

    b.   Cellular telephone.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of April, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

3