**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-22770-DPG**

TYREE JACKSON, as father and
natural guardian of minor T.J.,

      Plaintiff,

v.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINE,

      Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant Carnival Corporation's Limited Objections to Magistrate Judge Reid's Order on Cross-Motions to Strike (the "Objections"). [ECF No. 193]. On May 5, 2026, Judge Reid issued an Order on Cross-Motions to Strike (the "Order"). [ECF No. 191]. In that Order, Judge Reid granted in part Plaintiff's Motion to Strike the Opinion Testimony of Zdenek Hejzlar, [ECF No. 81], and denied Defendant's Motion to Strike the Untimely Disclosed Supplemental Opinions of Gerald Nielsen. [ECF No. 84]. Defendant objects to certain aspects of Judge Reid's Order. [ECF No. 193]. Plaintiff responded to Defendant's Objections. [ECF No. 194].

A party may file objections to a magistrate judge's non-dispositive pretrial order. Upon review, the district court is required to consider the objections and must set aside any portion of the order found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). A "finding is clearly erroneous when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Holton*

*v. City of Thomasville Sch. Dist.*, 425 F.3d 1325, 1350–51 (11th Cir. 2005) (citation and internal quotation marks omitted). "A ruling is contrary to law if the magistrate judge has misinterpreted or misapplied applicable law." *Root ex. Rel. A.R. v. Dudek*, 151 F. Supp. 3d 1309, 1312 (S.D. Fla. 2015) (citation and internal quotation omitted). "In the absence of a legal error, a district court may reverse only if there was an abuse of discretion by the magistrate judge." *SEC v. Merkin*, 283 F.R.D. 699, 700 (S.D. Fla. 2012) (internal quotation omitted).

After careful review, the Court finds that Judge Reid's Order is neither clearly erroneous nor contrary to law. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Limited Objections to Magistrate Judge Reid's Order on Cross-Motions to Strike, [ECF No. 193], are **OVERRULED**.

2. Judge Reid's Order on Cross-Motions to Strike, [ECF No. 191], is **AFFIRMED**.

3. The issues raised by Defendant's request for clarification are best addressed at trial during the examination of Dr. Zdenek Hejzlar.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of June, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE